1114

### Ray NEWSOM v. STATE.
#### No. 16177.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

W. E. Myres, of Fort Worth, and A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

We find in the record the affidavit of appellant in due form asking that his appeal be dismissed. The request is granted. The appeal is dismissed.

### Ray NEWSOM v. STATE.
#### No. 16353.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Ray NEWSOM v. STATE.
#### No. 16355.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

We find in the record appellant's affidavit in due form asking that his appeal be dismissed. The request is granted. The appeal is dismissed.

### H. C. REESE v. STATE.
#### No. 16297.

Court of Criminal Appeals of Texas.
Nov. 22, 1933.

Joe V. Moore, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for two years.

The indictment is regular and properly presented.

The evidence heard in the trial court is not brought up for review.

A new trial was sought upon the ground of newly discovered evidence. The materiality of the evidence and its probable effect upon another trial cannot be known to this court in the absence of the evidence which was heard upon the trial, which is not brought up for review.

Failing to find any matter presented which would justify a reversal of the judgment, an affirmance is ordered.

### Le Roy ROBBINS v. STATE.
#### No. 16341.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

W. H. Blanton, of Gonzales, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, twenty-five years in the penitentiary.